IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ADA ALBORS GONZALEZ,
a/k/a ADA ALBORS-GONAZLES,
a/k/a ADA ALBORS-GONZALEZ,
a/k/a ADA ALBORS,
a/k/a ADA A. GONZALEZ,
a/k/a ADA A. GONZALE,

    Plaintiff,

v.                                                       4:17cv502–WS/CAS

FEDERAL NATIONAL MORTGAGE
ASSOCIATION ("FANNIE MAE"),

    Defendant.

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 28) docketed May 4, 2018. The magistrate judge recommends that Defendant's motion to dismiss (doc. 9) be granted. Plaintiff has filed no objections to the report and recommendation.

Having considered the record, the court finds that the magistrate judge's report and recommendation is due to be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 28) is hereby ADOPTED and incorporated by reference into this order.

2. Defendant's motion to dismiss (doc. 9) is GRANTED pursuant to the *Colorado River* abstention doctrine.

3. Plaintiff's motion (doc. 21) requesting leave to appeal with *in forma pauperis* status is DENIED as moot.

4. Plaintiff's successive motion (doc. 26) to remand is DENIED.

5. This action shall be STAYED pending resolution of the state foreclosure action.

DONE AND ORDERED this   5th   day of   June  , 2018.


        s/ William Stafford
        WILLIAM STAFFORD
        SENIOR UNITED STATES DISTRICT JUDGE