UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ADA ALBORS GONZALEZ,
a/k/a ADA ALBORS-GONZALES,
a/k/a ADA ALBORS-GONZALEZ,
a/k/a ADA ALBORS,
a/k/a ADA A. GONZALEZ,
a/k/a ADA A. GONZALE,

    Plaintiff,

v.                                                                                                4:17cv502–WS/CAS

FEDERAL NATIONAL MORTGAGE
ASSOCIATION ("FANNIE MAE"),

    Defendant.

_____

ORDER ADOPTING THE MAGISTRATE
JUDGE'S SECOND REPORT AND RECOMMENDATION

Before the court is the magistrate judge's second report and recommendation (ECF No. 31) docketed January 2, 2019. The magistrate judge recommends that the plaintiff's Motion for Relief Pursuant Fed. R. Civ. P 60(b) be denied. The plaintiff has filed objections (ECF No. 38) to the report and recommendation.

The court has reviewed the record and—like the magistrate judge—finds

that the plaintiff has failed to establish that she is entitled to relief under Rule 60(b).

Accordingly, it is ORDERED:

1. The magistrate judge's second report and recommendation (ECF No. 31) is ADOPTED and incorporated into this order by reference.

2. Plaintiff's Motion for Relief Pursuant Fed. R. Civ. P 60(b) (ECF No. 30) is DENIED.

3. This case shall remain STAYED pending resolution of the state foreclosure action.

DONE AND ORDERED this ___29th___ day of ___January___, 2019.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE