UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

ADA ALBORS GONZALEZ,
a/k/a ADA ALBORS-GONZALES,
a/k/a ADA ALBORS-GONZALEZ,
a/k/a ADA ALBORS,
a/k/a ADA A. GONZALEZ,
a/k/a ADA A. GONZALE,

    Plaintiff,

v.                                                                                                                             4:17cv502–WS/CAS

FEDERAL NATIONAL MORTGAGE
ASSOCIATION ("FANNIE MAE"),

    Defendant.

_____

## ORDER ADOPTING THE MAGISTRATE
## JUDGE'S THIRD REPORT AND RECOMMENDATION

Before the court is the magistrate judge's third report and recommendation (ECF No. 65) docketed February 24, 2020. The magistrate judge recommends that this action be dismissed as barred by the *Rooker-Feldman* doctrine. The plaintiff has filed objections (ECF No. 68) to the report and recommendation. The court has reviewed those objections but finds them to be without merit.

The court has reviewed the record and—like the magistrate judge—finds that this action is due to be dismissed as barred by the *Rooker-Feldman* doctrine.

Accordingly, it is ORDERED:

1. The magistrate judge's second report and recommendation (ECF No. 65) is ADOPTED and incorporated into this order by reference.

2. This action is hereby DISMISSED WITH PREJUDICE as barred by the *Rooker-Feldman* doctrine.

3. The clerk shall enter judgment stating: "All claims are DISMISSED with prejudice."

4. Plaintiff's motion for partial or complete summary judgment (ECF No. 66) is DENIED as moot.

DONE AND ORDERED this ___16th___ day of ___March___, 2020.

                    s/ William Stafford  
                    WILLIAM STAFFORD  
                    SENIOR UNITED STATES DISTRICT JUDGE